# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LESTER EPPS

**FILED**
KC
NOV 0 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 07CR 738

MAGISTRATE JUDGE VALDEZ

I, Brian Watson, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 7, 2007 in Cook county, in the Northern District of Illinois defendant LESTER EPPS did

by force and violence, and intimidation, take from the person and the presence of others, on or about November 07, 2007, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, 10350 South Pulaski Road, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title 18 United States Code, Section(s) 2113(a).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes  ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 8, 2007
Date

at Chicago, Illinois
City and State

Maria Valdez, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**STATE OF ILLINOIS**    )
                         ) SS
**COUNTY OF COOK**       )

## AFFIDAVIT

I, Bryan K. Watson, being duly sworn under oath, deposes and states the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for nearly three and a half years. I am assigned to the FBI Chicago Division Field Office, South Resident Agency, Violent Crimes and Major Offenses Unit, where my duties include the investigation of various violent crimes, including bank robberies in violation of Title 18, United States Code, Section 2113(a).

2. I make this affidavit from personal knowledge and participation in the investigation, reports that I have read related to this investigation, conversations I have had with others who have knowledge of the events described within, and a confession made by the defendant concerning the bank robbery. The affidavit is submitted in support of a complaint that there is probable cause to believe that Lester EPPS, by force and violence, and intimidation, took from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, Oak Lawn, Illinois, on or about November 07, 2007, a federally insured institution, in violation of Title 18, United States Code, Section 2113(a). Because of the limited purpose of this affidavit, this affidavit does not include all of the information that I have acquired during this investigation.

3. On or about November 07, 2007, at approximately 12:00 p.m., a black male, later identified as Lester EPPS, robbed TCF Bank ("Bank"), located at 10350 South Pulaski Road, Oak Lawn, Illinois. The FBI obtained a copy of TCF Bank's FDIC certificate, which showed that the

deposits of the bank were insured by the Federal Deposit Insurance Corporation on or about November 07, 2007.

4. EPPS entered the Bank and stood in the teller's line. As the teller finished assisting a customer, EPPS approached the victim teller and demanded one hundred, fifty, and twenty dollar bills. EPPS told the teller that he had a gun in his right pocket.

5. The Teller complied with EPPS's demand. The Teller opened her drawer and handed all of the money to the EPPS, which included a stack of $100.00 dollar bills containing an electronic dye pack. After taking $1,464 of United States Currency (U.S.C.), EPPS put the money in both of his front pants pockets and ran out of the Bank.

6. EPPS walked about a half of a block away from the bank before the dye pack in the stack of $100 dollar bills activated and exploded with red dye. EPPS grabbed this stack of bills in his pocket and threw the stack on the ground.

7. EPPS continued to walk away and then observed a male, Individual A, placing construction equipment inside his truck. EPPS asked Individual A for a ride. Individual A agreed, and said, "I'll give you a lift".

8. Upon being notified that the Bank had been robbed, the Oak Lawn Police Department responded and set up a road block in the perimeter of the Bank.

9. As Individual A was driving, EPPS noticed the road block and told Individual A, who was driving, to get out. EPPS got into the driver's seat and began to drive the vehicle in the direction of the police vehicles. EPPS attempted to drive around the police vehicles but could not. As EPPS tried to escape the road block by attempting to drive in reverse, law enforcement observed red dye stains on EPPS's hands, clothes, and on the steering wheel of the vehicle in which he was driving. Subsequently, EPPS was taken into police custody and transported to the

Oak Lawn Police Department for further investigation. No gun was found on his person.

10. After waiving his Miranda Rights and signing FBI's "Advice of Rights" form, EPPS, was interviewed by the FBI. Defendant EPPS subsequently, admitted that he committed the bank robbery of the TCF Bank and signed a written confession of his involvement.

11. Based on the foregoing, I believe there is probable cause to believe that LESTER EPPS, by force and violence, and intimidation, took from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, Oak Lawn, Illinois, on or about November 07, 2007, a federally insured institution, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT

BRYAN K. WATSON, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me on this 8th day of NOVEMBER, 2007.

MARIA VALDEZ
UNITED STATES MAGISTRATE JUDGE