# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 738 | **DATE** | 11/8/2007 |
| **CASE TITLE** | USA vs. Lester Epps | | |

**DOCKET ENTRY TEXT**

Initial appearance held on 11/8/07 as to Lester Epps. Defendant appears in response to the arrest on 11/8/07. Defendant informed of his rights. Donald V. Young's oral motion for appointment of counsel is granted. Government's oral motion to detain defendant is granted without prejudice. Defendant's oral motion to continue detention and preliminary examination is granted to 11/15/07 at 1:30 p.m. . Defendant to remain in custody pending detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|