UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 738 |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| LESTER EPPS | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO AMEND COMPLAINT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to amend the complaint filed in the above-captioned case. The proposed amended complaint is attached to this motion as Exhibit A.

The motion to amend the complaint is based on the following error found in the complaint:

1) On the face of the complaint, Federal Bureau of Investigation Special Agent Bryan Watson's first name is misspelled as "Brian." The complaint should state "Bryan Watson."

The attached proposed amended complaint corrects this error.

Counsel for the government has spoken with counsel for the defendant and defendant's counsel has no objection to this motion.

                                                                                Respectfully submitted,

                                                                                **PATRICK J. FITZGERALD**
                                                                                United States Attorney

                                         By:    /s/ Halley B. Guren
                                                      Halley B. Guren
                                                      Assistant U.S. Attorney
                                                      219 South Dearborn Street
                                                      Chicago, Illinois 60604

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 738 |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| LESTER EPPS | ) | |

## CERTIFICATE OF SERVICE

I, Halley B. Guren, hereby certify that on November 16, 2007, I caused a copy of the foregoing GOVERNMENT'S UNOPPOSED MOTION TO AMEND COMPLAINT to be served, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), pursuant to the district court's system as to ECF filers.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:  /s/ Halley B. Guren
    HALLEY B. GUREN
    Assistant United States Attorney
    219 S. Dearborn Street - Fifth Floor
    Chicago, Illinois  60604
    (312) 886-4156