# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

LESTER EPPS

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, Bryan Watson, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 7, 2007__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant LESTER EPPS did

by force and violence, and intimidation, take from the person and the presence of others, on or about November 07, 2007, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, 10350 South Pulaski Road, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is

*Official Title*

based on the following facts:

    See attached affidavit

Continued on the attached sheet and made a part hereof:  X  Yes     ___No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__November 8, 2007__                                    at  Chicago, Illinois
Date                                                                     City and State

Maria Valdez, U.S. Magistrate Judge
Name & Title of Judicial Officer                       Signature of Judicial Officer