IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 738 |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| LESTER EPPS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:     Donald V. Young & Associates
20 North Clark Street
Suite 1725
Chicago, IL 60602
(312) 332-4034

     **PLEASE TAKE NOTICE** that on Tuesday, November 27, 2007, at 10:00 a.m., I will appear before the Magistrate Judge Maria Valdez in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **UNITED STATES' UNOPPOSED MOTION TO AMEND COMPLAINT** in the above-captioned case.

                            Respectfully submitted,

                            PATRICK FITZGERALD
                            United States Attorney

                       By:    /s/ Halley B. Guren
                            HALLEY B. GUREN
                            Assistant United States Attorney
                            219 South Dearborn Street - 5000
                            Chicago, Illinois 60604
                            (312) 886-4156