## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 738 | **DATE** | 11/15/2007 |
| **CASE TITLE** | USA vs. Lester Epps | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held on 11/15/07 as to Lester Epps. Defendant waive his right to a preliminary examination hearing. Enter a finding of probable cause, order defendant bound to the District Court for further proceedings. Detention hearing called. Defendant having waive detention. Defendant shall remain in custody.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | yp |
|---|---|---|