Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 738 | **DATE** | 11/20/2007 |
| **CASE TITLE** | USA vs. Lester Epps | | |

**DOCKET ENTRY TEXT**

United States' unopposed motion to amend complaint [5] is granted.  Enter Order.  Presentment date of 11/27/07 on said motion is hereby stricken.  No appearance will be required.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|