

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 738 |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| LESTER EPPS | ) | |

### ORDER

The government has requested that the Criminal Complaint in the above-referenced matter be amended to correct a misspelling. The defendant does not object to the government's request.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be amended, so that the complaint affiant's name on the face of the complaint is now spelled as "Bryan Watson," instead of "Brian Watson."

ENTER:

_____
MARIA VALDEZ
United States Magistrate Judge

Dated: 11/20/07