**FILED**

DEC 4 2007 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 738 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 2113(a). |
| LESTER EPPS | ) | |

**JUDGE ZAGEL**

**MAGISTRATE JUDGE VALDEZ**

### COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about November 7, 2007, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

LESTER EPPS,

by force and violence, and intimidation, did take from the person and the presence of others money belonging to, and in the care, custody, control, management, and possession, of the TCF Bank, 10350 South Pulaski Road, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Codes, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY