Minute Order Form (rev. 4/99)

07 GJ 1060

UM

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE ZAGEL | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE VALDEZ |
|---|---|---|---|
| CASE NUMBER | 07 CR 738 | DATE | December 4, 2007 |
| CASE TITLE | US v. LESTER EPPS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-1** Session, a quorum being present, returns the above entitled indictment in open Court this day before Judge or Magistrate Judge _Nan R. Nolan_

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED
DEC 4 2007 UM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #