## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 738 | **DATE** | 12/10/2007 |
| **CASE TITLE** | UNITED STATES vs. LESTER EPPS | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the indictment. Rule 16 conference deadline 12/17/2007. Pretrial motion deadline 1/7/2008. Status hearing set for 1/16/2008 at 10:00 a.m. Defendant is detained. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 12/10/2007 to 1/16/2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|