**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                        Case No.: 1:07−cr−00738
                                                        Honorable James B. Zagel

Lester Epps

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge James B. Zagel : Status hearing held on 2/14/2008. Status hearing set for 6/19/2008 at 10:00 AM. Defendant shall undergo a examination to determine his mental competency or physical capacity to stand trial. Order time excluded in the interest of justice pursuant to 18:3161(h)(1)(A) beginning 2/14/2008.Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.