## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 738 | **DATE** | 3/25/2008 |
| **CASE TITLE** | UNITED STATES vs. LESTER EPPS | | |

**DOCKET ENTRY TEXT**

Enter order for a competency evaluation.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:07-cr-00738   Document 17   Filed 03/25/2008   Page 1 of 1

07CR738 UNITED STATES vs. LESTER EPPS                                   Page 1 of 1