IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07 CR 738 ) |
| LESTER EPPS, | ) Honorable James B. Zagel ) Judge Presiding |
| Defendant. | ) |

## ORDER

THIS MATTER having previously come before this Court on Defendant's Uncontested Motion for a Competency Evaluation and this Court having granted said motion and having appointed Isaac Ray Forensic Group, LLC for this purpose,

IT IS HEREBY ORDERED THAT the U.S. Marshal Service is directed to bring Lester Epps, U.S.M. No. 09852-424 from the Kankakee Correctional Center, 3050 Justice Way, Kankakee, Illinois, at 9:30 a.m. on Wednesday, April 9, 2008 and Monday, April 14, 2008, to the Isaac Ray Forensic Group located at 77 East Adams Street, Chicago, IL 60604. The Marshals are further directed to take the defendant to the driveway located on the south side of the street, directly across from 72 East Adams Street, (next to Au Bon Pain), but not to enter it, waiting on the street instead. The driveway is just west of the awning entranceway to Russian Tea Time. The cross streets are Wabash and Michigan Avenue. Prior to entering the driveway, the Marshals are further directed to call building security at (312) 427-7684 to inform of their arrival. Within several minutes (while Isaac Ray is called and goes to the garage), security will open the garage door; the garage door will be locked behind the transport vehicle so the transport is uninterrupted. Marshals will be met for personal escort (please do not allow defendant to exit the vehicle until met by Isaac

Ray Forensic Group staff), per building regulations, by the central elevator, located just inside the garage. Parking for transport vehicles is available at North and South Grant Park, the entrance to which is on Michigan Avenue (after leaving the building, head west on [one-way] Adams, north on Wabash, east on Monroe and south on Michigan, passing by Adams to reach the garage entrance). The Isaac Ray Forensic Group will pay parking costs. However, transport officers must obtain a garage receipt to submit for reimbursement. Please bring a lunch for the defendant, as he will spend a full day undergoing evaluation. For questions, please reach the Isaac Ray Forensic Group at (312) 212-9500.

ENTER:

_March 25_, 2008

_____
United States Judge   James B. Zagel

DONALD V. YOUNG
Attorneys for Lester Epps
20 North Clark Street, Suite 1725
Chicago, Illinois 60602
(312) 332-4034

2